**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  <u>JOHN B. WANDKE & MIICHELE WANDKE</u>          Case No. <u>12-61494</u>
         **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Business Property<br><br>512 & 514 Central Avenue<br>Great Falls, MT 59401 | JTWROS | J | 120,000.00 | Exceeds Value |
| RESIDENCE<br><br>2100 3RD AVE SOUTH<br>GREAT FALLS, MT 59405 | Fee Simple | H | 210,000.00 | Exceeds Value |
| | | Total ➤ | 330,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc.---ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re __JOHN B. WANDKE & MIICHELE WANDKE__                    Case No. __12-61494__
            Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash | J | 20.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in Accounts | J | 500.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Couch Residence | J | 150.00 |
| | | Couch Residence | J | 50.00 |
| | | Loveseat Residence | J | 75.00 |
| | | Loveseat Residence | J | 25.00 |
| | | Lamps Residence | J | 20.00 |
| | | Table Residence | J | 100.00 |
| | | Chairs | J | 80.00 |

In re   JOHN B. WANDKE & MIICHELE WANDKE                    Case No.   12-61494
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Residence | | |
| | | Beds | J | 100.00 |
| | | Residence | | |
| | | Desk | J | 50.00 |
| | | Residence | | |
| | | End Tables | J | 20.00 |
| | | Residence | | |
| | | China Hutch | J | 100.00 |
| | | Residence | | |
| | | Shelving Units | J | 100.00 |
| | | Residence | | |
| | | Night Stands | J | 50.00 |
| | | Residence | | |
| | | Dressers | J | 50.00 |
| | | Residence | | |
| | | Televisions | J | 200.00 |
| | | Residence | | |
| | | Stereo | J | 25.00 |
| | | Residence | | |
| | | VCR | J | 10.00 |
| | | Residence | | |
| | | Barbeque | J | 100.00 |
| | | Residence | | |
| | | Refrigerator | J | 50.00 |

In re  JOHN B. WANDKE & MIICHELE WANDKE                               Case No.  12-61494
_____                                      _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Residence | | |
| | | Washer/Dryer | J | 100.00 |
| | | Residence | | |
| | | Microwave | J | 20.00 |
| | | Residence | | |
| | | Freezer | J | 50.00 |
| | | Residence | | |
| | | Dishwasher | J | 50.00 |
| | | Residence | | |
| | | Oven/Range | J | 50.00 |
| | | Residence | | |
| | | Cameras | J | 50.00 |
| | | Residence | | |
| | | Computer Equipment | J | 300.00 |
| | | Residence | | |
| | | Ipod | J | 50.00 |
| | | Residence | | |
| | | Cell Phones | J | 50.00 |
| | | Residence | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Record Collection | J | 150.00 |
| | | Residence | | |
| | | Books | J | 150.00 |
| | | Residence | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

In re  JOHN B. WANDKE & MIICHELE WANDKE     Case No.  12-61494
_____     _____
           **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Pictures<br>Residence | J | 100.00 |
| | | Kindle<br>Residence | J | 25.00 |
| 6.  Wearing apparel. | | Wearing apparel<br>Wearing apparel | H<br>W | 100.00<br>200.00 |
| 7.  Furs and jewelry. | | Jewelry<br>Residence | J | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | X-Country Skis<br>Residence | J | 100.00 |
| | | Plastic Kayaks<br>Residence | J | 200.00 |
| | | Bowling Equipment<br>Residence | J | 20.00 |
| | | Fishing Equipment<br>Residence | J | 100.00 |
| | | Bicycles<br>Residence | J | 100.00 |
| | | Foosball Table<br>Residence | J | 75.00 |
| | | Treadmill<br>Residence | J | 50.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

In re   JOHN B. WANDKE & MIICHELE WANDKE                                  Case No.   12-61494
_____                                          _____
           **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

In re   JOHN B. WANDKE & MIICHELE WANDKE          Case No.   12-61494
            **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 GMC Yukon<br>Residence | H | 40,250.00 |
| | | 2010 GMC Sierra pickup truck<br>Residence | H | 33,850.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Lawnmower<br>Residence | J | 50.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | tools | J | 370.00 |

                          ___0___   continuation sheets attached     Total   $      78,585.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re   JOHN B. WANDKE & MIICHELE WANDKE                    Case No.   12-61494
_____                              _____
              **Debtor**                                                       **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Business Property | (Husb)MCA §25-13-609(3) | 0.00 | 120,000.00 |
| Cash | (Husb)MCA §25-13-609(1) | 20.00 | 20.00 |
| Cash in Accounts | (Wife)MCA §25-13-609(1) | 500.00 | 500.00 |
| Wearing apparel | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Wearing apparel | (Wife)MCA §25-13-609(1) | 200.00 | 200.00 |
| 2010 GMC Sierra pickup truck | (Husb)MCA §25-13-609(2) | 325.26 | 33,850.00 |
| tools | (Husb)MCA §25-13-609(1) | 370.00 | 370.00 |
| RESIDENCE | (Husb)MCA §§70-32-101-104 | 0.00 | 210,000.00 |
| Couch | (Wife)MCA §25-13-609(1) | 150.00 | 150.00 |
| Couch | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Loveseat | (Husb)MCA §25-13-609(1) | 75.00 | 75.00 |
| Loveseat | (Wife)MCA §25-13-609(1) | 25.00 | 25.00 |
| Lamps | (Husb)MCA §25-13-609(1) | 20.00 | 20.00 |
| Table | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |
| Chairs | (Wife)MCA §25-13-609(1) | 80.00 | 80.00 |
| Beds | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Desk | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| End Tables | (Husb)MCA §25-13-609(1) | 20.00 | 20.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   JOHN B. WANDKE & MIICHELE WANDKE                    Case No.   12-61494
_____                    _____
            **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| China Hutch | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Shelving Units | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Night Stands | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Dressers | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Televisions | (Husb)MCA §25-13-609(1) | 200.00 | 200.00 |
| Stereo | (Husb)MCA §25-13-609(1) | 25.00 | 25.00 |
| VCR | (Husb)MCA §25-13-609(1) | 10.00 | 10.00 |
| Record Collection | (Husb)MCA §25-13-609(1) | 150.00 | 150.00 |
| Barbeque | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Lawnmower | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Washer/Dryer | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |
| Microwave | (Wife)MCA §25-13-609(1) | 20.00 | 20.00 |
| Freezer | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Dishwasher | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Oven/Range | (Wife)MCA §25-13-609(1) | 50.00 | 50.00 |
| Books | (Wife)MCA §25-13-609(1) | 150.00 | 150.00 |
| Pictures | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |
| Cameras | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Computer Equipment | (Husb)MCA §25-13-609(1) | 300.00 | 300.00 |

B6C (Official Form 6C) (04/10) -- Cont.

In re   JOHN B. WANDKE & MIICHELE WANDKE     Case No.  12-61494
_____     _____
              **Debtor**                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Ipod | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| Kindle | (Wife)MCA §25-13-609(1) | 25.00 | 25.00 |
| Cell Phones | (Husb)MCA §25-13-609(1) | 50.00 | 50.00 |
| X-Country Skis | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |
| Plastic Kayaks | (Wife)MCA §25-13-609(1) | 200.00 | 200.00 |
| Bowling Equipment | (Wife)MCA §25-13-609(1) | 20.00 | 20.00 |
| Fishing Equipment | (Husb)MCA §25-13-609(1) | 100.00 | 100.00 |
| Bicycles | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |
| Foosball Table | (Wife)MCA §25-13-609(1) | 75.00 | 75.00 |
| Treadmill | (Wife)MCA §25-13-609(1) | 50.00 | 50.00 |
| Jewelry | (Wife)MCA §25-13-609(1) | 100.00 | 100.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc.- ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

B6D (Official Form 6D) (12/07)

In re  JOHN B. WANDKE & MIICHELE WANDKE  ,                    Case No 2-61494
          **Debtor**                                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ally Automotive Financing<br>P.O. Box 380901<br>Bliimington, MN 55438 | | H | Incurred: 2010<br>Lien: Vehicle Loan<br>Security: 2010 GMC Yukon<br><br>VALUE $          40,250.00 | | | X | 50,395.30 | 50,395.30<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Ally Automotive Financing<br>P.O. Box 380901<br>Bliimington, MN 55438 | | H | Lien: Vehicle loan<br>Security: 2010 GMC Sierra pickup truck<br><br>VALUE $          33,850.00 | | | X | 33,524.74 | 33,199.48<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 226915172<br><br>BANK OF AMERICA, N.A.<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5172 | | H | Lien: First Mortgage<br>Security: RESIDENCE<br><br>VALUE $          210,000.00 | | | X | 218,953.37 | 8,953.37 |

 1      continuation sheets attached

Subtotal ▶
(Total of this page) | $   302,873.41 | $   92,548.15

Total ▶
(Use only on last page) | $ | $

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re   JOHN B. WANDKE & MIICHELE WANDKE   ,      Case No.   12-61494

                   **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Insured Titles, Escrow Dept. <br> 1724 Fairview Avenue, Ste. C <br> Missoula, MT 59801 | | J | Security: Business Property <br><br><br> VALUE $     120,000.00 | | X | | 97,634.94 | 0.00 |
| ACCOUNT NO. <br><br> Montana Community Development <br> 110 E. Broadway, 2nd Floor <br> Missoula, MT 59802 | | J | Security: Business Property <br><br><br> VALUE $     120,000.00 | | X | | 22,255.30 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no.  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 119,890.24 | $ 0.00 |
| Total(s)<br>(Use only on last page) | $ 422,763.65 | $ 92,548.15 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10)**

In re    JOHN B. WANDKE & MIICHELE WANDKE                                         ,          Case No.           12-61494
                                    Debtor                                                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re____JOHN B. WANDKE & MIICHELE WANDKE_____,        Case No.___12-61494_____
                              Debtor                                              (if known)

☐  **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____0___  **continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07)**

In re  JOHN B. WANDKE & MIICHELE WANDKE      Case No.    12-61494
_____      _____
          Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Action Collection Service, Inc.<br>P.O. Box 10905<br>Bozeman, MT 59401 | | J | | | | | 1,069.00 |
| ACCOUNT NO.<br><br>Active America Corp.<br>1179A King Street West, Unit #105<br>Toronto, ON M8Z 5T6, Canada | | J | Consideration: store inventory | | | | 3,401.57 |
| ACCOUNT NO.  3725 728340 83006<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | H | Incurred: revolving credit<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  166896370<br><br>BANK OF AMERICA, N.A.<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5172 | | H | | | | X | 53,311.67 |

  10  continuation sheets attached

Subtotal ➤  $    57,782.24

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKIJ-WFAX***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  JOHN B. WANDKE & MIICHELE WANDKE                ,          Case No. ___12-61494_____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7722  <br><br>Barbara Bell<br>Marra, Sexe, Evenson & Bell P.C.<br>P.O. Box 1525<br>Great Falls, MT 59401 | | H | Incurred: December 2008<br>Consideration: Legal Services | | | | 300.00 |
| ACCOUNT NO.  ST 2120579134 <br><br>Benefis Medical Group<br>P.O. Box 6010<br>Great Falls, MT 59406 | | H | Incurred: July 2011<br>Consideration: Medical Services | | | | 1,896.60 |
| ACCOUNT NO.  185742  <br><br>Bingham Collections, Inc.<br>307 W. Judicial St.<br>Blackfoot, ID 83221-2123 | | H | Incurred: April 2011<br>Debt collector for Cole Diagnostics | | | | 165.93 |
| ACCOUNT NO.  V00018340349 <br><br>Bozeman Deaconess<br>915 Highland Blvd.<br>Bozeman, MT 59715 | | | Incurred: September 2011<br>Credit Associates is debt collector on this account | | | | 1,110.90 |
| ACCOUNT NO.  52120  <br><br>C2C Resources, LLC<br>56 Perimeter Center East, Ste 100<br>Atlanta, GA 30346-2203 | | J | Incurred: October 2009 - January 2011<br>Consideration: store inventory | | | | 12,637.32 |

Sheet no. __1__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  16,110.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJI-WFAX**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  JOHN B. WANDKE & MIICHELE WANDKE _____ ,          Case No. ___12-61494_____
　　　　　　　　　　　　Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  67210 <br><br> Coast to Coast Collectors, Inc. <br> 366 N. Broodway <br> Jericho, NY 11753-9950 | | J | Incurred: September 2011 <br> Consideration: Store inventory <br> Smith Law Firm P.C. is attempting to collect this debt | | | | 2,160.29 |
| ACCOUNT NO.  185742 <br><br> Cole Diagnostics <br> 7988 W. Marigold St., Ste. 150 <br> Boise, ID 83714 | | H | Incurred: April 2011 <br> In collections with Bingham Collections, Inc. | | | | Unknown |
| ACCOUNT NO.  4465 4201 9985 2963 <br><br> Collection Bureau Services <br> 111 N. Higgins, Suite 400 <br> Missoula, MT 59802 | | H | Incurred: revolving credit <br> Consideration: Credit card debt <br> Collection agency for Wells Fargo Card Services | | | | 4,747.37 |
| ACCOUNT NO.  80996468 <br><br> Collection Professionals, Inc. <br> 3104 W. Broadway <br> Missoula, MT 59808 | | J | Debt collector for Integra Telecom | | | | 1,317.58 |
| ACCOUNT NO.  V00018340349 <br><br> Credit Associates <br> P.O. Box 6099 <br> Great Falls, MT 59406 | | J | Incurred: September 2011 <br> Consideration: Medical Services <br> Associated with Bozeman Deaconess Debt | | | | Unknown |

Sheet no. __2__ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  8,225.24

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKII-WFAX***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  JOHN B. WANDKE & MIICHELE WANDKE                ,        Case No. __12-61494_____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00094400<br><br>Credit Associates<br>P.O. Box 6099<br>Great Falls, MT 59406 | | H | Incurred: June 2010<br>Consideration: Medical Services<br>Associated with Benefis Hospital bill | | | | 1,051.27 |
| ACCOUNT NO.  6430<br><br>Credit Associates, Inc.<br>P.O. Box 6099<br>Great Falls, MT 59406 | | J | Incurred: January 2011 and recurring fees<br>Consideration: Country Club Membership<br>Associated with Meadowlark Country Club Debt | | | | Unknown |
| ACCOUNT NO.  8313200110524403<br><br>Credit Management<br>P.O. Box 118288<br>Carrollton, TX 75001-8288 | | J | Incurred: October 2011<br>Consideration: Cable services<br>Associated with Optimum West debt | | | | 71.84 |
| ACCOUNT NO.  313200110533586<br><br>Credit Management<br>P.O. Box 118288<br>Carrollton, TX 75001-8288 | | H | Incurred: December 2011<br>Consideration: Cable Services<br>Debt collector for Optimum West | | | | 150.82 |
| ACCOUNT NO.  19110<br><br>Credit Mediators, Inc.<br>P.O. box 456<br>Upper Darby, PA 19082-0456 | | J | Incurred: November 2009<br>Consideration: Adversising for sole proprietorship store<br>Associated with Great Falls Tribune Newspaper | | | | 1,235.85 |

Sheet no. __3__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,509.78
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __JOHN B. WANDKE & MIICHELE WANDKE__ ,          Case No. __12-61494_____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKIJ-WFAX**** - PDF-XChange 3.0</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6011 2089 7229 6670<br><br>Discover<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | H | Incurred: revolving credit<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.<br><br>Eva Varro<br>California Style Dynamics<br>2407 East 38th<br>Vernon, CA 90058 | | J | Consideration: store inventory | | | | 13,170.00 |
| ACCOUNT NO.  10024222<br><br>First Security Bank<br>P.O. box 910<br>Bozeman, MT 59771-0910 | | J | Consideration: Overdraft allowance | | | | 1,064.48 |
| ACCOUNT NO.  3725 728340 83006<br><br>Gatestone & Co.<br>P.O. Box 101928, Dept. 4947A<br>Birmingham, AL 35210-1928 | | H | Incurred: revolving credit<br>Consideration: Credit card debt<br>Associated with debt collection of American Express | | | | 1,289.58 |
| ACCOUNT NO.  2729214<br><br>HSAM<br>2201 Lind Ave. SW<br>Renton, WA 98057-3375 | | H | Incurred: January 2012<br>Consideration: Medical Services<br>Debt collector for Providence Physician Billing | | | | 374.00 |

Sheet no. __4__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   15,898.06

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  JOHN B. WANDKE & MIICHELE WANDKE                    ,          Case No.   12-61494
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0593 6011 0639 5914<br><br>HSBC Retail Services<br>P.O. Box 49353<br>San Jose, CA 95161-9353 | | H | Incurred: revolving credit<br>Consideration: Credit card debt<br>In collection with Stellar Recovery | | | | Unknown |
| ACCOUNT NO.  9041 4101 2169 9683<br><br>HSBC Retail Services<br>P.O. Box 49353<br>San Jose, CA 95161-9353 | | H | Incurred: revolving credit<br>Consideration: Credit card debt | | | | 912.20 |
| ACCOUNT NO.  0027529<br><br>Hunter Boots<br>3333 New Hyde Park Rd., Ste 200<br>New Hyde Park, NY 11042 | | J | Incurred: April 2011<br>Consideration: Store inventory<br>Sent to collections with Smyyth Collections, LLC | | | | 2,211.97 |
| ACCOUNT NO.  80996468<br><br>Integra Telecom<br>c/o Receivable Solutions<br>3104 W. Broadway<br>Missoula, MT 59808 | | J | | | | X | Unknown |
| ACCOUNT NO.  NPP131105<br><br>Interstate Counseling Service<br>124 1st Ave. South, #22<br>Great Falls, MT 59401 | | H | Incurred: July 2011<br>Consideration: Medical Services<br>Associated with creditor Northern Plains Pathologists | | | | 552.30 |

Sheet no.  5  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  3,676.47

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   JOHN B. WANDKE & MIICHELE WANDKE_____,          Case No. __12-61494_____
                              **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9717<br>Karen Kane<br>2275 East 37th Street<br>Los Angeles, CA 90058-1435 | | J | Consideration: store inventory | | | | 25,194.18 |
| ACCOUNT NO.<br>Kristen Messer<br>314 S. 14th Ave.<br>Bozeman, MT 59715 | | J | Incurred: October 2011<br>Consideration: Former employee<br>Ms. Messer worked in our store in Bozeman | | | | 761.78 |
| ACCOUNT NO.  00094400<br>Larsen Law Firm, PLLC<br>121 4th St. North<br>P.O. Box 1692<br>Great Falls, MT 59403 | | H | Incurred: June 2010<br>Consideration: Medical Services<br>Attorney for Credit Associatees regarding Benefis bill | | | | Notice Only |
| ACCOUNT NO.<br>Leslie Carson<br>724 East Peach<br>Bozeman, MT 59715 | | J | Incurred: October 2011<br>Consideration: Residential lease | | | | 16,800.00 |
| ACCOUNT NO.  13313<br>Lucchese<br>40 Walter Jones Blvd.<br>El Paso, TX 79906 | | J | Consideration: store inventory | | | | 9,332.06 |

Sheet no. _6_ of _10_ continuation sheets attached                                           Subtotal ➤ | $            52,088.02
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                                       Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2012 ©1991-2012, New Hope Software, Inc.- ver. 4.6.7-779 - QKJJ-WFAX**** - PDF-XChange 3.0*

B6F (Official Form 6F) (12/07) - Cont.

In re __JOHN B. WANDKE & MIICHELE WANDKE_____,   Case No. __12-61494_____
                  Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6430<br><br>Meadowlark Country Club<br>300 Country Club Blvd.<br>Great Falls, MT 59404 | | J | Incurred: January 2011 and recurrng fees<br>Consideration: Membership<br>In collections with Credit Associates | | | | 5,515.86 |
| ACCOUNT NO. 570-L12<br><br>Montana Federal Credit Union<br>P.O. Box 5027<br>Great Falls, MT 59403-5027 | | H | | | | | 10,008.82 |
| ACCOUNT NO. NPP131105<br><br>Northern Plains Pathologists<br>401 15th Ave. S, Ste 204<br>Great Falls, MT 59405-4382 | | H | Incurred: July 2011<br>Associated with creditor Interstate Counseling Service as well | | | | Unknown |
| ACCOUNT NO.<br><br>Nygard Family, LLC<br>131 East Main<br>Bozeman, MT 59715 | | J | Incurred: July 2011<br>Consideration: Business space lease | | | | Unknown |
| ACCOUNT NO. 8313200110524403<br><br>Optimum West<br>1757 Highland Blvd.<br>Bozeman, MT 59715 | | H | Incurred: October 2011<br>Consideration: Cable services<br>In collections with Credit Management | | | | Unknown |

Sheet no. __7__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 15,524.68

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJJ-WFAX**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  JOHN B. WANDKE & MIICHELE WANDKE            ,          Case No.   12-61494
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  313200110533586<br>Optimum West<br>724 E. Peach<br>Bozeman, MT 59715 | | H | Incurred: December 2011<br>Consideration: Cable Services<br>In collections with Credit Management | | | | Unknown |
| ACCOUNT NO.  2729214<br>Providence Physician Billing<br>P.O. Box 34726<br>Seattle, WA 98124-1726 | | H | Incurred: January 2012<br>Consideration: Medical Services<br>Sent to collections with HSAM | | | | Unknown |
| ACCOUNT NO.<br>Radford Law Firm<br>410 Central Ave., #615<br>Great Falls, MT 59401 | | J | Associated with debt owed to City of Great Falls | | | | 300.00 |
| ACCOUNT NO.  6011 2089 7229 6670<br>Rodenburg Law Firm<br>P.O. Box 4127<br>Bismark, ND 58502-4127 | | H | Incurred: revolving credit<br>Consideration: Credit card debt<br>Debt collector for Discover | | | | 4,207.86 |
| ACCOUNT NO.  10200<br>S.W. Recovery<br>15400 Knoll Trail Dr., Ste 300<br>Dallas, TX 75248-3476 | | J | Incurred: November 2011<br>Consideration: store inventory | | | | 1,200.00 |

Sheet no.  8  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,707.86

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  JOHN B. WANDKE & MIICHELE WANDKE _____,  Case No. __12-61494_____
                              Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Signs Now<br>2631 West Main<br>Bozeman, MT 59718 | | J | Incurred: June 2011<br>Consideration: Services rendered on store sign | | | | 716.34 |
| ACCOUNT NO.  67210<br><br>Smith Law Firm, P.C.<br>P.O. Box 1691<br>Helena, MT 59624-1691 | | J | Incurred: September 2011<br>Consideration: Store inventory<br>Attorneys for Coast to Coast Collectors, Inc. | | | | Unknown |
| ACCOUNT NO.  0027529<br><br>Smyyth Collections, LLC<br>51 Cragwood Rd., Suite 201<br>South Plainfield, NJ 07080 | | J | Incurred: April 2011<br>Consideration: Store inventory<br>Debt collector for Hunter Boots | | | | Unknown |
| ACCOUNT NO.  0593 6011 0639 5914<br><br>Stellar Recovery<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901-3413 | | H | Incurred: revolving credit<br>Consideration: Credit card debt<br>Debt collector for HSBC Retail Services | | | | 6,640.40 |
| ACCOUNT NO.  SOMAT<br><br>Tasha Polizzi<br>287 Main St.<br>Great Barrington, MA 01230 | | J | Incurred: September 2011<br>Consideration: store inventory | | | | 4,000.00 |

Sheet no. _9_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  11,356.74

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  JOHN B. WANDKE & MIICHELE WANDKE ,   Case No.  12-61494
_____   _____
              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37112023732665<br><br>TRS Recovery Services, Inc.<br>P.O. Box 60022<br>City of Industry, CA 91716-0022 | | J | Incurred: July 2011<br>Consideration: Credit card debt<br>Associated with Sam's Club | | | | 643.90 |
| ACCOUNT NO.  4465 4201 9985 2963<br><br>Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 | | H | Incurred: revolving credit<br>Consideration: Credit card debt<br>In collections with Collection Bureau Services | | | | Unknown |
| ACCOUNT NO.  761-5407582<br><br>Wells Fargo Line of Credit<br>Wells Fargo Card Services<br>P.O. Box 30097<br>Los Angeles, CA 90030-0097 | | H | Incurred: revolving since 2006<br>Consideration: Revolving charge account<br>Line of credit | | | | 10,265.63 |
| ACCOUNT NO.  2968<br><br>Winston Publishing | | J | Incurred: 3/8/2012<br>Consideration: Business advertising | | | | 1,365.77 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 10 of 10 continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $   12,275.30

Total ▶   $   201,155.14

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re JOHN B. WANDKE & MIICHELE WANDKE    Case No. ___12-61494___
_____
Debtor    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Leslie Carson<br>724 East Peach<br>Bozeman, MT 59715 | Residential Property Lease |
| Nygard Family, LLC<br>131 East Main<br>Bozeman, MT 59715 | Commercial property lease for store in Bozeman, MT<br><br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re  JOHN B. WANDKE & MIICHELE WANDKE                    Case No.    12-61494
                          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

B6I (Official Form 6I) (12/07)

In re   JOHN B. WANDKE & MIICHELE WANDKE _____   Case   12-61494 _____
         **Debtor**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Owner/Manager | Owner/Manager |
| Name of Employer | SOLEMATE | SOLEMATE |
| How long employed | 3 Years | 3 years |
| Address of Employer | 513 Central Avenue | 513 Central Avenue |
| | Great Falls, MT 59401 | Great Falls, MT 59401 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,400.00 | $ 2,000.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,400.00 | $ 2,000.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,400.00 | $ 2,000.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 3,400.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Expected increase in wages due to obtaining new employmement as Realtor at Keller Williams Realty.  Expected to conservatively receive $40,000.00 per year.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX**** - PDF-XChange 3.0

In re  JOHN B. WANDKE & MIICHELE WANDKE _____   Case No.  12-61494 _____
           **Debtor**                                                           **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,050.00 |
|     a. Are real estate taxes included?    Yes __✓__  No _____ | |
|     b. Is property insurance included?    Yes __✓__  No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|           b. Water and sewer | $ 50.00 |
|           c. Telephone | $ 250.00 |
|           d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 25.00 |
| 8. Transportation (not including car payments) | $ 75.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10.Charitable contributions | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 0.00 |
|           b. Life | $ 0.00 |
|           c. Health | $ 0.00 |
|           d.Auto | $ 160.00 |
|           e. Other_____ | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 1,123.00 |
|           b. Other ___second vehicle_____ | $ 634.00 |
|           c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 7,570.00 |
| 17. Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 12,632.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,000.00.  See Schedule I) | $ 3,400.00 |
|     b. Average monthly expenses from Line 18 above | $ 12,632.00 |
|     c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | $ -9,232.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### District of Montana

JOHN B. WANDKE & MIICHELE WANDKE

In re _____

Debtor

Case No.   12-61494   _____

Chapter   13   _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 330,000.00 | | |
| B – Personal Property | YES | 6 | $ 78,585.00 | | |
| C – Property Claimed as exempt | YES | 3 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 422,763.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 201,155.14 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,400.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 12,632.00 |
| **TOTAL** | | 29 | $ 408,585.00 | $ 623,918.79 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

# United States Bankruptcy Court

### District of Montana

| | | | |
|---|---|---|---|
| In re | JOHN B. WANDKE & MIICHELE WANDKE | Case No. | 12-61494 |
| | Debtor | | |
| | | Chapter | 13 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,400.00 |
| Average Expenses (from Schedule J, Line 18) | $ 12,632.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,995.66 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 92,548.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 201,155.14 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 293,703.29 |

JOHN B. WANDKE & MIICHELE WANDKE

In re _____    Case No. ___12-61494_____
                  **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____31____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __9/27/2012_____    Signature:  ___/s/ JOHN B. WANDKE_____
                                                                 **Debtor**

Date __9/27/2012_____    Signature:  ___/s/ MICHELE WANDKE_____
                                                          **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

                                                 _____
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX**** - PDF-XChange 3.0

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### District of Montana

In Re  JOHN B. WANDKE & MIICHELE WANDKE                Case No.  12-61494
                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2012(db) | 88814 | Gross Sales from Solemate, sole proprietorship |
| 2011(db) | 156055 | Gross Sales from Solemate, sole proprietorship<br>Wages from City of Great Falls |
| 2010(db) | 149826 | Gross Sales from Solemate, sole proprietorship<br>Wages from City of Great Falls |

2012(jdb)

2011(jdb)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJI-WFAX**** - PDF-XChange 3.0

AMOUNT                                      SOURCE (if more than one)

2010(jdb)

---

**2.  Income other than from employment or operation of business**

None  ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

---

**3. Payments to creditors**

None  ☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ally Automotive Financing<br>P.O. Box 380901<br>Bliimington, MN 55438 | 6/2012 - 8/2012 | 1897.62 | 33,524.74 |

---

None  ☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0

None

☒       *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐       a.       List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Great Falls Paper Co. v. Wandke Cause No. CV-2011-3139 | Debt collection for goods received | Cascade County Montana, Justice Court | Judgment entered for $709.02 plus interest |
| Nygard Family, LLC v. Wandke Cause No. DDV-12-0005 | Breach of Commercial Lease | Montana Eighth Judicial Dist., Cascade County | Pending |
| Pajar Production v. Michele Wandke d/b/a Solemate | Debt Collection | Cascade County Justice Court, Montana | Pending |

None

☒       b.       Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.    Assignments and Receiverships**

None

☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None

☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
        chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐      for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
        bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Rural Dynamics, Inc. 2022 Central Avenue Great Falls, MT 59403 | 2/10/2012 | $100.00 |
| Neal P. DuBois Sutton & DuBois, PLLC P.O. Box 1348 Great Falls, MT 59403 | 2/23/2012 | $350.00 |

**10.  Other transfers**

None     a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒      of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

|   NAME AND   |   DESCRIPTION AND   |   LOCATION OF PROPERTY   |
|   ADDRESS OF OWNER   |   VALUE OF PROPERTY   |   |

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

|   ADDRESS   |   NAME USED   |   DATES OF OCCUPANCY   |

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|   SITE NAME   |   NAME AND ADDRESS   |   DATE OF   |   ENVIRONMENTAL   |
|   AND ADDRESS   |   OF GOVERNMENTAL UNIT   |   NOTICE   |   LAW   |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - QKJI-WFAX***** - PDF-XChange 3.0

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SPNME, LLC | 46-0619398 | 512 Central Avenue Great Falls, Montana 59401 | Retail shoes and clothes | March 2012 through present |

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

*   *   *   *   *   *

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX**** - PDF-XChange 3.0

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  9/27/2012 _____    Signature
                                            of Debtor        /s/ JOHN B. WANDKE
                                                            _____
                                                            JOHN B. WANDKE

Date  9/27/2012 _____    Signature
                                            of Joint Debtor  /s/ MICHELE WANDKE
                                                            _____
                                                            MICHELE WANDKE

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-779 - QKJJ-WFAX***** - PDF-XChange 3.0